**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DAMISCH & DAMISCH, LTD.**, et al., | ) |
| Creditors/Appellants, | ) |
| v. | ) Case No. 15 C 5599 |
| **REGINICE M. RABIOLA**, | ) |
| Debtor/Appellee. | ) |

## MEMORANDUM ORDER

This Court has just issued a memorandum opinion and order ("Opinion") in the companion case of <u>Damisch & Damisch, Ltd. v. Reginice M. Rabiola</u>, Case No. 15 C 5598. That Opinion also disposes of the issues and relief applicable in this action, so that the Conclusion in that case applies here with equal force:

> In sum, the Bankruptcy Court's judgment on the issue of dischargeability is reversed as to the Rule 137 judgment and affirmed as to the Rule 375(a) judgment. As for the Bankruptcy Court's rulings on the issue of avoidance, they are remanded for reconsideration as to the lien resulting from the Rule 137 judgment and affirmed as to the lien resulting from the Rule 375(b) judgment.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 30, 2015